| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Andrew David Rozier**<br>DOB: 1982; U.S. Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>09- 3324 M |

FILED / RECEIVED / LODGED / COPY
JUN - 3 2009
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA

Complaint for violation of Title 21 United States Code §§ 841(a)(1) and 841(b)(1)(D)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about June 2, 2009, at or near Whetstone, in District of Arizona, **Andrew David Rozier**, did knowingly and intentionally possess with intent to distribute less than 50 kilograms of marijuana, that is, approximately 12.7 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On June 2, 2009, **Andrew David Rozier** approached a United States Border patrol checkpoint on State Route 90 near Whetstone, Arizona. **Rozier** was driving a 2004 Chevy Cavalier. A drug detection dog at the primary inspection area alerted to the vehicle. The vehicle was referred to the secondary inspection area where **Rozier** gave the agents consent to search. A search of the vehicle revealed 12.7 kilograms of marijuana hidden behind the door panels. **Rozier** stated that he was to be paid $5,000.00 for transporting marijuana from Sierra Vista, Arizona to Phoenix, Arizona.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| REQUEST DETENTION<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>Maingot/kc<br>AUTHORIZED BY: AUSA | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE   Special Agent<br>Drug Enforcement Administration |
|---|---|
| Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE [1] | DATE<br>June 3, 2009 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54